No. 11-5827. Grady Stittiams, Petitioner v. United States.

565 U.S. 922, 132 S. Ct. 350, 181 L. Ed. 2d 220, 2011 U.S. LEXIS 6808.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 417 Fed. Appx. 530.